DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHYVAS ARIEL PEOPLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0754

————————————————

June 24, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Chyvas Ariel Peoples, pro se.

PER CURIAM.

      Affirmed.

SILBERMAN, VILLANTI, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.